## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LEANDA M. AULT,

      Plaintiff,

v.                                     No. 1:25-cv-0640 KG/DLM

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Plaintiff's Objections (Doc. 27) to the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD) (Doc. 26). The Magistrate Judge recommends denying Plaintiff's Opening Brief (Doc. 12) and affirming the decision of the Commissioner. Having conducted an independent, *de novo* review of the Administrative Record, the PFRD, and all related briefing (Docs. 9; 12; 20; 25), the Court will overrule Plaintiff's objections and adopt the PFRD.

**IT IS THEREFORE ORDERED** that Plaintiff's Objections (Doc. 27) are **OVERRULED** and that the PFRD (Doc. 26) is **ADOPTED** upon *de novo* review.

**IT IS FURTHER ORDERED** that Plaintiff's Opening Brief (Doc. 12) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.