# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LEANDA M. AULT,

      Plaintiff,

v.                                                                                    No. 1:25-cv-0640 KG/DLM

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

## JUDGMENT

THIS MATTER is before the Court following entry of the Order Adopting Proposed

Findings and Recommended Disposition and denying Plaintiff's Motion to Reverse and Remand

(Doc. 29).

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.